IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS A. LUTHER,

    Plaintiff,

v.

1-800-BAR NONE, et al.,

    Defendants.

                                   /

No. C 05-04026 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on January 27, 2006 on Defendants' motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be due on Friday 30, 2005 and Defendants' reply brief shall be due on Friday, January 6, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 13, 2005

                                                      JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE