**United States District Court**

For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    DOUGLAS A. LUTHER,

10             Plaintiff,                              No. C 05-04026 JSW

11       v.

12   1-800-BAR NONE, et al.,                          **ORDER MODIFYING SCHEDULE**

13             Defendants.

14   _____/

15          On June 13, 2006, the parties filed a stipulation seeking to modify the certain dates in

16   this matter. The Court grants in part and denies in part the parties' stipulated request and hereby

17   modifies the dates scheduled in this matter as follows:

18   (1)    Deadline to complete mediation:  July 16, 2006;

19   (2)    Last day to complete depositions on class certification:  August 1, 2006;

20   (3)    Last day to file motion for class certification:  September 1, 2006;

21   (4)    Last day to file an opposition to the motion for class certification:  September 29, 2006;

22   (5)    Last day to file a reply in support of the motion for class certification:  October 13, 2006;

23   (6)    Hearing on motion for class certification:  October 27, 2006 at 9:00 a.m.;

24   (7)    Close of fact discovery:  November 24, 2006;

25   (8)    Last day for expert disclosures:  November 27, 2006;

26   (9)    Close of expert discovery:  December 22, 2006;

27   (10)   Last day to file dispositive motions:  January 5, 2007;

28   (11)   Last day to file oppositions and cross-dispositive motions:  January 19, 2007;

1    (12)   Last day to file oppositions to cross-dispositive motions and replies:  January 26, 2007;

2    (13)   Hearing on dispositive motions:  February 9, 2007 at 9:00 a.m.;

3    (14)   Pretrial Conference:  April 9, 2007 at 2:00 p.m.;

4    (15)   Trial:  May 7, 2007 at 8:30 a.m.

5           **IT IS SO ORDERED.**

6

7    Dated: June 21, 2006                          _____
                                                  JEFFREY S. WHITE
8                                                 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

2