1  David S. Markun (SBN 108067)
   dmarkun@mzclaw.com
2  MARKUN ZUSMAN & COMPTON LLP
   17383 Sunset Boulevard, Suite A380
3  Pacific Palisades, California 90272
   Telephone: (310) 454-5900
4  Facsimile: (310) 454-5970

5  Edward S. Zusman (SBN 154366)
   ezusman@mzclaw.com
6  Kevin K. Eng (SBN 209036)
   keng@mzclaw.com
7  MARKUN ZUSMAN & COMPTON LLP
   465 California Street, 5th Floor
8  San Francisco, California 94104
   Telephone: (415) 438-4515
9  Facsimile: (415) 434-4505

10 Attorneys for Plaintiff Douglas A. Luther

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS A. LUTHER, on behalf of himself and those similarly situated, | Case No.: 05 CV 04026 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER |
| v. | |
| 1-800-BAR NONE, A FINANCIAL CORPORATION, INC., d/b/a AUTO CREDIT and BAR NONE, and BAR NONE CONSUMER FINANCE, INC., | |
| Defendants. | |

WHEREAS, the parties previously met and conferred pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 and agreed to submit the dispute to Private ADR, specifically mediation before JAMS;

WHEREAS, due to schedule conflicts of the parties and the mediator, the parties were unable to conduct the mediation until the end of August 2006;

WHEREAS, in conducting preliminary discussions concerning the mediation, the parties believe that the possibility of an informal resolution would be facilitated by limiting costly discovery and class certification briefing until after the mediation and have agreed to begin

1

STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER

1  informal settlement discussions and exchange of information in advance of the mediation; and
2        WHEREAS, the parties have confirmed a Mediation date on August 25, 2006 with Judge
3  Weinstein.
4        WHEREAS, the parties agree that the scheduling order should be revised according to the
5  new Mediation date of August 25, 2006.
6        IT IS HEREBY STIPULATED that the scheduling order be modified as follows:
7
8  Mediation Completion Date: 8-25-06
9  Last Day for completion of Depositions on class certification: 9-10-06
10 Last day to file Motion for Class Certification: 10-1-06
11 Last day to file Opposition to Motion for Class Certification: 10-26-06
12 Last day to file Reply In Support of Motion for Class Certification: 11-10-06
13 Hearing on Motion for Class Certification: 12-~~3~~8-06 at 9:00 a.m.
14
15 Close of Fact Discovery: 12-24-06
16 Last day for Expert Disclosures: 12-27-06
17 Close of Expert Discovery: 1-22-07
18
19 Last day to ~~file~~ hear Dispositive Motions: ~~2-5-07~~ 3-16-07 at 9 a.m.
20
21 Pretrial Conference: ~~4-19~~ 5-14-07 at 2:00 p.m.
22 Jury Trial: ~~5-9~~ 6-11-07 at 8:30 a.m. (7 to 10 days)

2

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE SCHEDULING ORDER

```
 1   Dated: August 3, 2006              MARKUN ZUSMAN & COMPTON LLP
 2
 3                                      By: /s/ David S. Markun
 4                                          David S. Markun
                                            Edward S. Zusman
 5                                          Kevin K. Eng
                                            Attorneys for Plaintiff Douglas A. Luther
 6
     Dated: August 3, 2006              DYKEMA GOSSETT LLP
 7
 8                                      By: /s/ J. Kevin Snyder
 9                                          J. Kevin Snyder
                                            Naomi A. Carry
10                                          Jessica G. Babrick
                                            Attorneys for Defendants 1-800-Bar None, a Financial
11                                          Corporation, Inc. and Bar None Consumer Finance,
                                            Inc.
12
13
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
14   as modified above, IT IS SO ORDERED.
15
     Dated: ___August 16,___, 2006        /s/ Jeffrey S. White
16                                        The Honorable Jeffrey S. White
                                          United States District Court
17
```

3

STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER