IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS A. LUTHER,<br><br>  Plaintiff,<br><br>  v.<br><br>1-800-BAR NONE, et al.,<br><br>  Defendants.<br>_____/ | No. C 05-04026 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for hearing on December 8, 2006, on Plaintiff's motion for class certification. The Court HEREBY ORDERS that Defendants' opposition shall be due by October 17, 2006. Plaintiff's reply shall be due by October 24, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: October 3, 2006

                                                      JEFFREY S. WHITE<br>
                                                    UNITED STATES DISTRICT JUDGE