David S. Markun (SBN 108067)
dmarkun@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

Edward S. Zusman (SBN 154366)
ezusman@mzclaw.com
Kevin K. Eng (SBN 209036)
keng@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Plaintiff Douglas A. Luther

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS A. LUTHER, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1-800-BAR NONE, A FINANCIAL CORPORATION, INC., d/b/a AUTO CREDIT and BAR NONE, and BAR NONE CONSUMER FINANCE, INC.,<br><br>Defendants. | Case No.: 05 CV 04026 JSW<br><br>STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING SETTLEMENT |

WHEREAS, the parties have conducted formal discovery and engaged in informal discussions and exchanges of information relating to the merits of the claims and defenses raised in this action;

WHEREAS, the parties have engaged in arm's length negotiations in furtherance of potential informal resolution of this matter, including communications conducted under the auspices of a mediation which took place in August, and further discussions that took place following the mediation, both between the parties directly and facilitated by the mediator;

///

1

| | |
|---|---|
| 1 | WHEREAS, as a result of these investigations and negotiations, the parties have reached a |
| 2 | settlement in principle, the terms of which have been confirmed in emails between counsel, that |
| 3 | will resolve this action in its entirety; |
| 4 | WHEREAS, the parties have agreed to settlement terms and are in the process of |
| 5 | finalizing a formal settlement agreement and establishing terms necessary to consummate the |
| 6 | settlement, which process should take no longer than two weeks; |
| 7 | WHEREAS, Plaintiff currently has pending a motion for class certification, which the |
| 8 | parties have fully briefed and which is currently set for hearing on December 8, 2006, at 9:00 |
| 9 | a.m.; |
| 10 | WHEREAS, a stay of all proceedings will facilitate the parties' finalizing of the |
| 11 | settlement agreement and final resolution of this action; and |
| 12 | WHEREAS, settlement will be in the best interests of the parties and will remove this |
| 13 | matter from the Court's docket; |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1    IT IS HEREBY STIPULATED that all proceedings in this case are stayed pending the
2 finalization of the parties' settlement, and that stay shall continue until either (a) the filing of a
3 stipulation of dismissal; or (b) notice is given, by either party, that the settlement will not be
4 consummated.

6 Dated: November 28, 2006                MARKUN ZUSMAN & COMPTON LLP

8                                         By: _____
                                              David S. Markun
9                                             Edward S. Zusman
                                              Kevin K. Eng
10                                            Attorneys for Plaintiff Douglas A. Luther

11 Dated: November 28, 2006               DYKEMA GOSSETT LLP

13                                        By: _____
                                              J. Kevin Snyder
14                                            Naomi A. Carry
                                              Jessica G. Babrick
15                                            Attorneys for Defendants 1-800-Bar None, a Financial
                                              Corporation, Inc. and Bar None Consumer Finance,
16                                            Inc.

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.
   If the parties have not already dismissed this case, the parties are HEREBY ORDERED to
19 provide a status report regarding the pending settlement by no later than January 26, 2007.

20 Dated: November 30, 2006               _____
                                          The Honorable Jeffrey S. White
21                                        United States District Court

3

STIP. & [PROPOSED] ORDER STAYING PROCEEDINGS PENDING SETTLEMENT – Case No. 05 CV 04026